United States District Court
Southern District of Texas
**ENTERED**
July 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANTON SCOTT HALEY, § § Plaintiff, § § V. § § MATHUR TORRES, LLC, § § Defendant. § § § | CIVIL ACTION NO. 2:23-CV-00092 |

## ORDER

Before the Court is the stipulation to dismiss with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 14); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney's fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
July 3, 2023